**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-00230-CMA-BNB

IN RE THE APPLICATION OF
RAQUEL FABIOLA MARQUEAVILA,

    Plaintiff,

v.

ROLANDO CONTRERA GALLEGOS,

    Defendant.

## APPOINTMENT ORDER

In accordance with Part III.C. of the U.S. District Court's ***Pilot Program to Implement A Civil Pro Bono Panel***, the Court hereby determines that Defendant Rolando Contrera Gallegos merits appointment of counsel drawn from the Civil *Pro Bono* Panel. The Court is satisfied that the following factors and considerations have been met:

1)     the nature and complexity of the action;

2)     the potential merit of the *pro se* party's claims;

3)     the demonstrated inability of the *pro se* party to retain counsel by other means; and

4)     the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

Accordingly, it is ORDERED that the Clerk shall select, notify, and appoint counsel to represent the *pro se* Defendant in this civil matter.  The *pro se* Defendant is advised that the Clerk will select counsel from the Panel; however, there is no guarantee that Panel members will undertake representation in every case selected as part of the Pilot Program.

This order does not guarantee that a *pro bono* attorney will ultimately appear for Defendant.  Accordingly, the Court cautions that the Defendant is responsible for all scheduled matters, including hearings, depositions, motions and trial.

DATED:  February __27__, 2014

BY THE COURT:

*[signature: Christine M Arguello]*

_____
CHRISTINE M. ARGUELLO
United States District Judge