**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00230-CMA

IN RE THE APPLICATION OF RAQUEL FABIOLA MARQUEZ AVILA,

    Petitioner,

v.

ROLANDO CONTRERAS GALLEGOS,

    Respondent.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the of Judge Christine M. Arguello entered on it is

    ORDERED that the **Petition for Return of child to Petitioner Under the Hague convention on the Civil aspects of International Child Abduction and the International Child Abduction Remedies Act** [1] filed January 27, 2014, is **GRANTED**;

    The habitual residence of the child, V.C., is Mexico and, effective forthwith, the physical custody of the child, V.C., **IS RETURNED to** the petitioner, Raquel Fabiola Marquez Avila.

    FURTHER ORDERED that Petitioner may file an appropriate motion for attorney's fees and costs.

Dated at Denver, Colorado this 13th day of June, 2014.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                    By:  s/   Sandra Hartmann
                                      Sandra Hartmann
                                      Deputy Clerk